**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RODNEY D. MOORE,

        Plaintiff-Appellant,

  v.

CHARLES L. RYAN; UNKNOWN
PARTIES, T.S.U. Officers at Arizona
Department of Corrections; DAVID SHINN,
Director, ADOC Director; HERNANDEZ,
Named as Hernandez John/Jane Doe;
JACKIE HUTCHINSON; C. R. GLYNN,

        Defendants-Appellees.

No. 20-16504

D.C. No. 2:19-cv-04543-JAT-DMF

MEMORANDUM*

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted August 17, 2022**

Before:    S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

Arizona state prisoner Rodney D. Moore appeals pro se from the district

court's judgment dismissing for failure to comply with a court order his 42 U.S.C.

---

    \*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    \*\*     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1983 action alleging Eighth Amendment violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal under Federal Rule of Civil Procedure 41(b). *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002). We vacate and remand.

The district court dismissed Moore's action for failure to comply with its April 29, 2020 order directing records officer Jackie Hutchinson to respond to Moore's subpoena and instructing Moore to file a notice of submission within sixty days of Hutchinson's response. However, because Hutchinson never filed a response to Moore's subpoena, Moore could not have filed a notice of submission. *See Applied Underwriters, Inc. v. Lichtenegger*, 913 F.3d 884, 891 (9th Cir. 2019) (setting forth factors the district court must consider in dismissing under Rule 41(b) and noting that by the plain text of the rule, dismissal "requires a court order with which an offending plaintiff failed to comply"). We vacate the judgment and remand for further proceedings.

Moore's motion to appoint counsel (Docket Entry No. 5) is denied.

Appellees will bear the costs on appeal.

**VACATED and REMANDED.**

20-16504